```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                         Case No. 19-15177-jkf
Coleen Kebrich                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Feb 06, 2020
                              Form ID: pdf900         Total Noticed: 9

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db             +Coleen Kebrich,    1303 E. Philadelphia Avenue, Apt. 4,    Gilbertsville, PA 19525-9335
cr             +Toyota Motor Credit Corporation,    c/o REBECCA ANN SOLARZ,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
14375464       +Toyota Motor Credit,    Po Box 9786,   Cedar Rapids, IA 52409-0004
14442588       +Toyota Motor Credit Corporation,    c/o REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14395230       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 07 2020 03:18:27      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2020 03:17:55
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2020 03:18:19     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2020 03:13:59     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
              JOSEPH L QUINN    on behalf of Debtor Coleen   Kebrich CourtNotices@rqplaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Coleen Kebrich<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　　　Movant<br>　vs. | NO. 19-15177 JKF |
| Coleen Kebrich<br>　　　　　　　Debtor(s) | |
| Scott Waterman<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Motor Credit Corporation, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2017 Toyota RAV4, VIN: 2T3BFREV0HW608205  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  6th    day of February, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

cc: See attached service list

Coleen Kebrich
1303 E. Philadelphia Avenue, Apt. 4
Gilbertsville, PA 19525

Joseph L. Quinn, 152 East High Street, Suite 100
Pottstown, PA 19464

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532