IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: COLEEN KEBRICH | ) | |
| **Debtor(s)** | ) | |
| | ) | CHAPTER 13 |
| NISSAN MOTOR ACCEPTANCE CORPORATION | ) | Case No.: 19-15177 (JKF) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | **Hearing Date:  4-1-20 at 9:30 AM** |
| | ) | |
| COLEEN KEBRICH | ) | 11 U.S.C. 362 |
| **Respondent(s)** | ) | |
| | ) | |
| SCOTT F. WATERMAN | ) | |
| **Trustee** | ) | |
| | ) | |
| | ) | |

## ORDER LIFTING THE AUTOMATIC STAY AS TO PERSONAL PROPERTY

   Upon the motion of Nissan Motor Acceptance Corporation, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

   ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is lifted pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) as to the movant to pursue the movant's rights in the personal property described as a **2019 Nissan Sentra** bearing vehicle identification number 3N1AB7AP1KY222738 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: April 2, 2020

*/s/ Jean K. FitzSimon*
_____
UNITED STATES BANKRUPTCY JUDGE