| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-15177-AMC**

COLEEN KEBRICH
1303 E PHILADELPHIA AVE, APT 4
GILBERTSVILLE  PA    19525

Petition Filed Date: 08/16/2019
341 Hearing Date: 09/27/2019
Confirmation Date: 01/29/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 09/10/2019 | $200.00 | Monthly Plan P | 10/10/2019 | $200.00 | | 12/02/2019 | $200.00 | |
| 12/09/2019 | $200.00 | | 01/24/2020 | $200.00 | | 02/12/2020 | $200.00 | |
| 03/26/2020 | $200.00 | | 04/24/2020 | $200.00 | | 05/11/2020 | $200.00 | |
| 06/01/2020 | $200.00 | | 06/25/2020 | $200.00 | | 08/10/2020 | $200.00 | |

**Total Receipts for the Period: $2,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,499.07 | $0.00 | $2,499.07 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $42.91 | $0.00 | $42.91 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $12.90 | $0.00 | $12.90 |
| 4 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 003 | Secured Creditors | $455.00 | $0.00 | $455.00 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $3,585.94 | $0.00 | $3,585.94 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $2,392.71 | $0.00 | $2,392.71 |
| 7 | CREDIT FIRST NA<br>»» 006 | Unsecured Creditors | $1,603.09 | $0.00 | $1,603.09 |
| 8 | TOYOTA MOTOR CREDIT CORP<br>»» 007 | Unsecured Creditors | $19,987.35 | $0.00 | $19,987.35 |
| 9 | COMCAST INC<br>»» 008 | Unsecured Creditors | $230.29 | $0.00 | $230.29 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $740.79 | $0.00 | $740.79 |
| 11 | BECKET & LEE, LLP<br>»» 010 | Unsecured Creditors | $245.73 | $0.00 | $245.73 |
| 12 | PATIENT FIRST<br>»» 011 | Unsecured Creditors | $191.97 | $0.00 | $191.97 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $11,177.91 | $0.00 | $11,177.91 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $1,182.95 | $0.00 | $1,182.95 |
| 15 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $261.72 | $0.00 | $261.72 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $88.82 | $0.00 | $88.82 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $3,790.13 | $0.00 | $3,790.13 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,149.00 | $1,995.60 | $1,153.40 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,400.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $1,995.60 | Arrearages: | ($200.00) |
| Paid to Trustee: | $224.40 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.