**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Coleen Kebrich, | : | Chapter 13 |
| Debtor | : | Case No.: 19-15177-amc |

## NOTICE OF CHANGE OF ADDRESS OF DEBTOR

TO THE CLERK:

Kindly update the Court's records to reflect a new address for debtor, Coleen Kebrich, effective immediately, to:

> 309 Main Street, Apt C2
> Pennsburg, PA 18073

By: */s/ Joseph L. Quinn*
Joseph L. Quinn, Esquire
ROSS, QUINN & PLOPPERT, P.C.
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
Ph; (610) 323-5300
jquinn@rqplaw.com

Date: June 29, 2022