United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                         Case No. 19-15177-amc

Coleen Kebrich                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                  User: admin                                Page 1 of 3

Date Rcvd: Jul 25, 2022                          Form ID: 138OBJ                       Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Coleen Kebrich, 309 Main Street, Apt C2, Pennsburg, PA 18073-1324 |
| 14375449 | + | Chester County Hospital, 701 East Marshall Street, West Chester, PA 19380-4421 |
| 14375455 | + | EBI, LLC, 745 Kentuck Rd, Danville, VA 24540-5560 |
| 14375456 | + | Kidspeace, 4085 Independence Drive, Schnecksville, PA 18078-2574 |
| 14375458 | + | Michael McShane, P.O. Box 572, Uwchland, PA 19480-0572 |
| 14469636 | + | Nissan Motor Acceptance Corporation, PO BOX 660336, Dallas, TX 75266-0336 |
| 14470180 | + | Nissan Motor Acceptance Corporation, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14375461 | + | Pottstown Hospital, 1600 E High Street, Pottstown, PA 19464-5093 |
| 14416459 | + | Ross, Quinn & Ploppert, P.C., 192 S. Hanover Street, Suite 101, Pottstown, PA 19464-6096 |
| 14375462 | + | SEZ Properties, LLC, 472 Manatawny Rd., Boyertown, PA 19512-8084 |
| 14442588 | + | Toyota Motor Credit Corporation, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 26 2022 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14375445 | | Email/Text: g20956@att.com | Jul 26 2022 00:11:00 | AT&T, PO Box 537104, Atlanta, GA 30353-7104 |
| 14375446 | + | Email/Text: bk@avant.com | Jul 26 2022 00:11:00 | Avant, 222 N. Lasalle St, Chicago, IL 60601-1003 |
| 14397865 | + | Email/Text: documentfiling@lciinc.com | Jul 26 2022 00:11:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14394002 | + | Email/Text: BKPT@cfna.com | Jul 26 2022 00:11:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14385771 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 26 2022 00:14:40 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14375447 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 26 2022 00:14:42 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14404628 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 00:14:45 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14375448 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 26 2022 00:14:40 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14375450 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2022 00:11:00 | Comenity Bank/anntylr, Po Box 182273, Columbus, OH 43218-2273 |
| 14375451 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 26 2022 00:11:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14375452 | + | Email/Text: BKPT@cfna.com | Jul 26 2022 00:11:00 | Credit First N A, Pob 81315, Cleveland, OH 44181-0315 |
| 14375453 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 138OBJ | Total Noticed: 45 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jul 26 2022 00:14:45 | Credit One Bank Na, Po Box 98872, Las Vegas, NV 89193-8872 |
| 14377272 | | Email/Text: mrdiscen@discover.com | Jul 26 2022 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14375454 | + | Email/Text: mrdiscen@discover.com | Jul 26 2022 00:11:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 14405241 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 26 2022 00:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14375457 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 26 2022 00:11:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14401790 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 26 2022 00:14:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14375459 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 26 2022 00:11:00 | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 14380663 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jul 26 2022 00:11:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14375460 | | Email/Text: bankruptcies@patientfirst.com | Jul 26 2022 00:11:00 | Patient First, PO Box 858941, Baltimore, MD 21275-8941 |
| 14410758 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 26 2022 00:14:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14404670 | + | Email/Text: joey@rmscollect.com | Jul 26 2022 00:11:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 14378467 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 26 2022 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14407062 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2022 00:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14407061 | | Email/Text: bnc-quantum@quantum3group.com | Jul 26 2022 00:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14375463 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2022 00:14:40 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14408146 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2022 00:14:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14375522 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 26 2022 00:14:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14375464 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 26 2022 00:11:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 14395230 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 26 2022 00:11:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14501185 | | Email/PDF: bncnotices@becket-lee.com | Jul 26 2022 00:14:42 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14375465 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jul 26 2022 00:11:00 | Us Dept Of Ed/glelsi, 2401 International Lane, Madison, WI 53704-3121 |
| 14375466 | + | Email/Text: documentfiling@lciinc.com | Jul 26 2022 00:11:00 | Xfinity Comcast, 1700 N 49th Street, Philadelphia, PA 19131-4728 |

TOTAL: 34

Case 19-15177-amc    Doc 51    Filed 07/27/22    Entered 07/28/22 00:33:37    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 25, 2022 | Form ID: 138OBJ | Total Noticed: 45 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Coleen Kebrich CourtNotices@rqplaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Nissan Motor Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Coleen Kebrich

        Debtor(s)

Case No: 19−15177−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 7/25/22