| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-15177-AMC

COLEEN KEBRICH
1303 E PHILADELPHIA AVE, APT 4
GILBERTSVILLE  PA    19525

Petition Filed Date: 08/16/2019
341 Hearing Date: 09/27/2019
Confirmation Date: 01/29/2020

Case Status: Completed on 7/12/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/2021 | $200.00 | | 06/01/2021 | $200.00 | | 06/28/2021 | $200.00 | |
| 07/29/2021 | $275.00 | | 08/26/2021 | $200.00 | | 10/05/2021 | $200.00 | |
| 10/28/2021 | $200.00 | | 11/29/2021 | $200.00 | | 12/23/2021 | $200.00 | |
| 01/28/2022 | $200.00 | | 03/01/2022 | $200.00 | | 03/25/2022 | $200.00 | |
| 04/28/2022 | $200.00 | | 05/31/2022 | $200.00 | | 06/29/2022 | $200.00 | |
| 07/12/2022 | $525.00 | | | | | | | |

**Total Receipts for the Period: $3,600.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $7,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $2,499.07 | $152.51 | $2,346.56 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 02P | Priority Crediors | $42.91 | $42.91 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 02U | Unsecured Creditors | $12.90 | $0.80 | $12.10 |
| 4 | NISSAN MOTOR ACCEPTANCE CORPORATION<br>»» 003 | Secured Creditors | $455.00 | $455.00 | $0.00 |
| 5 | AMERICAN INFOSOURCE LP<br>»» 004 | Unsecured Creditors | $3,585.94 | $218.88 | $3,367.06 |
| 6 | AMERICAN INFOSOURCE LP<br>»» 005 | Unsecured Creditors | $2,392.71 | $146.01 | $2,246.70 |
| 7 | CREDIT FIRST NA<br>»» 006 | Unsecured Creditors | $1,603.09 | $97.88 | $1,505.21 |
| 8 | TOYOTA MOTOR CREDIT CORP<br>»» 007 | Unsecured Creditors | $19,987.35 | $1,219.95 | $18,767.40 |
| 9 | COMCAST INC<br>»» 008 | Unsecured Creditors | $230.29 | $14.03 | $216.26 |
| 10 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $740.79 | $45.22 | $695.57 |
| 11 | BECKET & LEE, LLP<br>»» 010 | Unsecured Creditors | $245.73 | $14.98 | $230.75 |
| 12 | PATIENT FIRST<br>»» 011 | Unsecured Creditors | $191.97 | $11.75 | $180.22 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 012 | Unsecured Creditors | $11,177.91 | $682.28 | $10,495.63 |
| 14 | QUANTUM3 GROUP LLC as agent for<br>»» 013 | Unsecured Creditors | $1,182.95 | $72.24 | $1,110.71 |

**Chapter 13 Case No. 19-15177-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 15 | QUANTUM3 GROUP LLC as agent for<br>»» 014 | Unsecured Creditors | $261.72 | $15.94 | $245.78 |
| 16 | SYNCHRONY BANK<br>»» 015 | Unsecured Creditors | $88.82 | $5.41 | $83.41 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $3,790.13 | $231.32 | $3,558.81 |
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $3,149.00 | $3,149.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,200.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $6,576.11 | Arrearages: | $0.00 |
| Paid to Trustee: | $623.89 | Total Plan Base: | $7,200.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.